**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MICHAEL D. PRATT** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00177-KGB**

**COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 9). No party has filed objections to the Recommended Disposition, and the time to do so has passed. After careful consideration, the Court adopts the Recommended Disposition as this Court's finding in all respects. The Commissioner's decision is reversed, and this case is remanded for further administrative review pursuant to "sentence four" within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment will be entered accordingly.

It is so ordered this 22nd day of September, 2026.

Kristine G. Baker
Chief United States District Judge